UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIDAL SAFFORD,<br><br>Plaintiff(s),<br>v.<br><br>MARINA SPENCER, et al.,<br><br>Defendant(s). | CASE NO. C26-5962-KKE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed *de novo* the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 4), Plaintiff's objections to the Report and Recommendation (Dkt. No. 6), and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The motion for leave to proceed in forma pauperis (Dkt. No. 5) is DENIED as moot.

(3) The case is DISMISSED without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 6th day of October, 2026.

Kymberly K. Evanson
United States District Judge